UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-06969-SVW-MAR | Date | January 5, 2023 |
|---|---|---|---|
| Title | Marquise Bailey v. MSP Properties VIII, LLC et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

On December 28, 2022, the Court issued an order to show cause why this action should not be dismissed for lack of prosecution.

In response, on January 4, 2023, plaintiff filed a Proof of Service, showing that Defendant MSP Properties VIII, LLC was served on November 20, 2022, and whose answer was due December 11, 2022.

To date, no answer has been filed; no extension to respond has been granted, and no request for entry of default has been submitted.

The Court orders the case dismissed.

:

Initials of Preparer   PMC